**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: June E. Weathers        JOINT DEBTOR: _____        CASE NO.: 13-29547 RAM
Last Four Digits of SS# __4808__        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ __925.33__ for months __1__ to __60__ ;
  B.  $_____ for months _____ to _____ ;
  C.  $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __0__   TOTAL PAID $ __0__
                Balance Due  $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Habitat Villas HOA__              Arrearage on Petition Date $ __9225.00__
   Address: c/o Gonzalo Perez Jr, Esq. P.A.    Arrears Payment  $ __153.75__ /month (Months __1__ to __60__)
         7915 Coral Way                Regular Payment  $ __50.00__ /month (Months __1__ to __60__)
         Miami, FL 33155
   Account No: _____

2. __Everhome Mortgage__              Arrearage on Petition Date    $ __2188.00__
   Address: P.O. Box 45077            Arrears Payment  $ __36.46__ /month (Months __1__ to __60__)
         Jacksonville FL 32231        Regular Payment  $ __547.00__ /month (Months __1__ to __60__)
   Account No: __9000797425__

3. _____              Arrearage on Petition Date  $_____
   Address: _____             Arrears Payment  $_____ /month (Months ____ to ____)
                                       Regular Payment  $_____ /month (Months ____ to ____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA | 2007 Dodge Charger $3,000 | 3.25 % | $54.24 | __1__ To __60__ | $3254.00 |
|  | $ |  % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due  $_____
                           Payable  $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors:  Pay $_____ /month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ June E. Weathers                              _____
Debtor                                              Joint Debtor
Date:   September 3, 2013                           Date: _____

LF-31 (rev. 01/08/10)