**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  JUNE E. WEATHERS                 Case No. 13-29547 RAM
                                          Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE AND CERTIFICATION THAT PLAN PAYMENTS ARE CURRENT**

Debtor, June Weathers, pursuant to Local Rule 9013 -1(E)(2), moves the Court to vacate the Order Dismissing Case entered on December 26, 2013, and states:

1. Debtor's counsel certifies that she is holding $3,400.00 which is more than the amount of Plan payments due through February 18, 2014, which is debtor's payment date.

2. Debtor got behind on her Plan payments because of an increase in the mortgage arrears payment on her Second Amended Plan.

3. Debtor has now organized her financial affairs such that she can afford to make the amended Plan payments.

4. Debtor moves the Court to vacate the Order dismissing her Chapter 13 case.

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Main Email: Clombardi@lsgmi.org
Second Email: Ozaribaf@lsgmi.org