UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   JUNE E. WEATHERS                               Case No. 13-29547 RAM
                                                        Chapter 13
                    Debtor            /

**DEBTOR'S NOTICE OF WITHDRAWAL OF MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON  PERSONAL PROPERTY (DE 60)**

Debtor June E. Weathers gives notice that she is withdrawing her Motion to Value and Determine  Secured Status of Lien on  Personal Property (DE 60) and canceling the hearing on the Motion set for July 1, 2014, at 9:00 a.m.

DATED: June 24, 2014

                                                        LEGAL SERVICES OF GREATER
                                                        MIAMI, INC.

                                                        By         /s/         
                                                        Carolina A. Lombardi
                                                        Florida Bar No.  241970
                                                        Attorney for Debtor
                                                        3000 Biscayne Boulevard
                                                        Suite 500
                                                        Miami, FL 33137
                                                        Telephone: (305) 438-2427
                                                        Facsimile: (305) 438-2427
                                                        Primary Email: Clombardi@lsmi.org
                                                        Secondary Email:Ozaribaf@lsgmi.org