UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X Fourth Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: June E. Weathers JOINT DEBTOR: ______________________ CASE NO.: 13-29547 RAM
Last Four Digits of SS# 4808 Last Four Digits of SS# ____________

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 286.53 for months 1 to 2 ;
B. $ 840.43 for months 3 to 59 ;
C. $ 2624.63 for months 60 to ______; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0 TOTAL PAID $ 0
Balance Due $____________ payable $______/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Habitat Villas HOA
Address: c/o Gonzalo Perez Jr, Esq. P.A.
7915 Coral Way
Miami, FL 33155
Account No: ____________________

Arrearage on Petition Date $ 9375.00
Arrears Payment $ 156.25 /month (Months 1 to 60 )
Regular Payment $ 50.00 /month (Months 1 to 60 )

2. Everhome Mortgage
Address: 301 West Bay Street
Jacksonville FL 32202

Arrearage on Petition Date $____________
Arrears Payment $__________/month (Months _____ to ________)
Regular Payment $ 557.78 /month (Months 3 to 60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | ______ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ________________________ Total Due $__________
Payable $__________/month (Months____ to ___) Regular Payment $________

Unsecured Creditors: Pay $ 1672 /month (Months 60 to ______).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ June E. Weathers
Debtor
Date: June 25, 2014