

**ORDERED in the Southern District of Florida on August 27, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                    www.flsb.uscourts.gov
```

IN RE:                                    CASE NO: 13-29547-BKC-RAM
JUNE E. WEATHERS
     Debtor(s)
_____/

**ORDER DENYING DEBTOR'S MOTION TO WITHDRAW DOCUMENT (ECF #70)**

THIS CASE came to be heard on August 12, 2014, for the Debtor's Motion to Withdraw Document [ECF #70], and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion (ECF #70) is denied for want of prosecution.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

CAROLINA A. LOMBARDI, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.