**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  June E. Weathers                           Case No:13-29547-RAM
                                                   Chapter 13

         Debtor.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 12, 2013 a true and correct copy of the Objection to Claim to **Navient Solutions on behalf of the Department of Education Loan Services** was transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**
Navient Solutions, Inc. on behalf of the
Department of Education Loan Services
P. O. Box 9635
Wilkes-Barre, PA 18773-9635

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,

        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By    /s/ Carolina A. Lombardi
             Carolina A. Lombardi
             Florida Bar No.  241970
             Attorney for Debtor
             3000 Biscayne Boulevard, Suite 500
             Miami, FL 33137
             Telephone: (305) 438-2427
             Fax: (305) 573-5800
             Primary Email: Clombardi@lsgmi.org
             Secondary Email: Ozaribaf@lsgmi.org