UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  June E. Weathers                    Case No:13-29547-RAM

           Debtor(s) .                    Chapter 13
_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor June E. Weathers moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor experienced an unexpected death in her family which caused expenses that Debtor had to provide for.

2. At the same time, a member of Debtor's immediate family was the victim of a serious violent crime and the Debtor incurred costs traveling to, and taking care of, this family member.

3. Debtor has uploaded her First Modified Plan.

                                      Respectfully submitted,

                                      LEGAL SERVICES OF GREATER
                                      MIAMI, INC.

                                      By   /s/ Carolina A. Lombardi

Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite #500
Miami, FL 33137
Telephone: (305) 438-2427
Fax: (305) 573-5800
Email:CLombardi@legalservicesmiami.org
Alternate Email: SFreire@legalservicesmiami.org