# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:  June E. Weathers                           Case No:13-29547-RAM

        Debtor(s).                                    Chapter 13
_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor June E. Weathers moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor was working for the School Board and that income ceased over the summer and the Debtor has started work again with the School Board and can resume Plan payments.

2. Debtor has uploaded her Fourth Modified Plan.

Dated September 1, 2017.

                                          LEGAL SERVICES OF GREATER
                                        MIAMI, INC.


                                        By _____
                                        Carolina A. Lombardi
                                        Florida Bar No.  241970
                                        Attorney for Debtor
                                        4343 West Flagler Street Suite 100
                                        Miami, FL 33134
                                        Telephone and Facsimile: (305) 438-2427
                                        Email: CLombardi@legalservicesmiami.org
                                        Alt: MCabrera@legalservicesmiami.org