# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:  June E. Weathers				Case No:13-29547-RAM

		Debtor(s) .				Chapter 13
_____/

## DEBTOR JUNE WEATHERS' MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATION THAT COUNSEL IS HOLDING FUNDS

Pursuant to Local Rule 9013-1 (E), Debtor June Weathers moves the Court to reinstate her Chapter 13 case which was dismissed on December 22, 2017, and states:

1. Debtor was working for the School Board and that income ceased over the summer; the Debtor has started work again with the School Board.

2. Debtor also incurred unreimbursed Hurricane Irma expenses and got behind on proposed 6th Modified Plan payments.

3. Debtor's counsel certifies that she is holding funds for the Plan payments due through February 18, 2018.

Dated March 8, 2018.

LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org