**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  June E. Weathers                                    Case No:13-29547-RAM

                Debtor(s) .                                 Chapter 13
_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

      Pursuant to Local Rule 9013-1, debtor June E. Weathers moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

      1.     Debtor was working for the School Board and that income ceased over the summer; the Debtor has started work again with the School Board.

      2.     Debtor also incurred unreimbursed Hurricane Irma expenses and got behind on proposed 6th Modified Plan payments.

      3.     Debtor can now resume Plan payments assuming that her Chapter 13 case is reopened and reinstated.

      4.     Debtor moves for confirmation of her 6th Modified Plan.

Dated March 8, 2018.

                                                    LEGAL SERVICES OF GREATER
                                                    MIAMI, INC.

                                                    By     */s/ Carolina Lombardi*
                                                    Carolina A. Lombardi
                                                    Florida Bar No.  241970
                                                    Attorney for Debtor
                                                    4343 West Flagler Street Suite 100
                                                    Miami, FL 33134
                                                    Telephone and Facsimile: (305) 438-2427
                                                    Email: CLombardi@legalservicesmiami.org
                                                    Alt: SFreire@legalservicesmiami.org