

ORDERED in the Southern District of Florida on October 25, 2018.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    JUNE E. WEATHERS               Case No. 13-29547 RAM
                                          Chapter 13
                   Debtor         /

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS MATTER**, having come before this Court on October 16, 2018, upon the Debtor's Motion to Dismiss Chapter 13 Case Without Prejudice [ECF #159], and the Court being fully advised, it is hereby ORDERED

1. The Debtors' Motion is hereby GRANTED.

2. This case is dismissed with no prejudice period for the Debtors to file a subsequent bankruptcy case. The Debtors are allowed to file a new bankruptcy immediately following the entry of this Order.

# # #

Submitted by:
LEGAL SERVICES OF GREATER MIAMI, INC.
Carolina A. Lombardi, Attorney for Debtor
Florida Bar No.  241970
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: [CLombardi@legalservicesmiami.org](mailto:CLombardi@legalservicesmiami.org)

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service  conforming with Local Rule 2002-1(F).